United States Courts
Southern District of Texas
FILED

MAY 0 8 2018

David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ANGELA JARVIS, | § | CIVIL ACTION NO.: |
| Plaintiff | § | |
| | § | |
| | § | |
| | § | |
| vs. | § | |
| | § | |
| | § | |
| GENERAL LAND OFFICE | § | |
| OF THE STATE OF TEXAS and | § | |
| TEXAS GENERAL LAND OFFICE | § | |
| OIL SPILL PREVENTION | § | |
| Defendant. | § | |

PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE U.S DISTRICT COURT JUDGE:

NOW COMES Angela Jarvis ("Plaintiff") in the above-styled cause, complaining of and about the General Land Office of the State of Texas ("GLO") and the Texas General Land Office Oil Spill Prevention ("TXGLOOSP"), ("Defendants") and files this Plaintiff's Original Complaint brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Venue is proper in the Southern District of Texas, Houston Division pursuant to 28 U.S.C. § 1391(a) because this is the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred.

1. Plaintiff, Angela Jarvis, is an individual residing at 1107 E. Walker St., League City, Texas 77573 in Galveston County, Texas.

2. Defendant, the General Land Office of the State of Texas, is a state agency of the United States of Texas located at 1700 North Congress Ave., Austin, TX, 78701-1495.

3. Defendant, Texas General Land Office Oil Spill Prevention, is a local field office and state agency of the United States of Texas located at 11811 N. Avenue D., La Porte TX 77571.

4. The Plaintiff has attached to this complaint a copy of the charges filed on February 6, 2017 with the Equal Employment Opportunity Commission; Charge No. 460-2017-01012 and attached as Exhibit A.  This charge was related to retaliation, intimidation and a hostile work environment.

5. On the date of February 7, 2018, the U.S. Equal Employment Opportunity Commission issued Plaintiff her Notice of Right to Sue, attached herein as Exhibit B.  Plaintiff files this lawsuit within ninety (90) days of receiving her Notice of Right to Sue.

6. Plaintiff was an exemplary 5-year employee of the Texas General Land Office Oil Spill Prevention and Response Program, having received stellar employee evaluations each year, merit raises and a one-time bonus in appreciation of her continued dedication and hard work she displayed in performing her Administrative Assistant and Marketing Coordinator duties.

7. Because of the Plaintiff's decision to report sexual harassment to her local field office supervisor and to a representative from human resources headquartered in Austin, TX, along with reporting numerous past indiscretions made by Craig Cook, Sr. Response Officer, the Plaintiff was retaliated against, intimidated daily and subjected to a hostile work environment by Craig Cook, Sr. Response Officer, which was allowed to continue by Supervisor, Scott Gaudet.  The Plaintiff became fearful, as did her immediate family for her safety due to daily occurrences becoming progressively aggressive in nature and the constant mistreatment of Plaintiff, including but not limited to promoting Craig Cook to be her direct supervisor where he removed job duties and continued to harass Plaintiff.

8. The Plaintiff requests that the Court grant relief, to include damages and court costs.

Respectfully submitted,

Angela Jarvis, Pro Se
1107 E. Walker St.
League City, TX 77573
angela.jarvis@yahoo.com
(713) 253-8165

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 460-2017-01012 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Angela M. Jarvis | (713) 253-8165 | ▬▬ |

| Street Address | City, State and ZIP Code |
|---|---|
| 1107 E Walker Street, League City, TX 77573 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| TEXAS GENERAL LAND OFFICE OIL SPILL PREVENTION | 500 or More | (281) 470-6597 |

| Street Address | City, State and ZIP Code |
|---|---|
| 11811 N Avenue D,  La Porte, TX 77571 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | FEB 0 9 2017 |

| DISCRIMINATION BASED ON (Check appropriate box(es).) | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN<br>☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest: 02-16-2016   Latest: 03-24-2016<br><br>☐ CONTINUING ACTION |

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

1.      I was hired on January 3, 2011 as an Administrative Assistant . On March 11, 2016, I was forced to resign from my position as Administrative Assistant due to retaliation, intimidation and a hostile work environment that I was subjected to by Mr. Cook.

2.      On February 16, 2016, I reported to my Supervisor, Scott Gaudet, that Craig Cook, Sr. Response Officer 2, was sexually harassing a co-worker. Mr. Gaudet reported the incident to Human Resources.

3.      I was a five year employee with no disciplinary issues and received a discipline counseling call on February 24, 2016 from Gregg Pollock, Deputy Commissioner who is Scott Gaudet supervisor. On February 29, 2016, Gregg Pollock, appointed Craig Cook as my supervisor.  Mr. Cook immediately began harassing me.  He would stay late, took my duties away and reassigned them to other employees. He constantly accused me of changing my business card title, making mistakes and

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. 9  2017<br>SIGNATURE OF COMPLAINANT |
| 2/6/2017 — *Angela Jarvis*<br>Date        Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |



EXHIBIT
A

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 460-2017-01012 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

being late. He would walk by and not speak to me and on other days he would talk to me in an aggressive manner. When passing in the office or hallway, if I would not step aside, Mr. Cook would intentionally walk into me. Mr. Cook would walk to my office, stand and stare without saying a word for several minutes and this happened 2 or 3 days weekly. I started to become fearful of him and intimidated. I reported these incidents to Human Resources and nothing was done.

4.     I believe I have been discriminated against because of  retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| 2/6/2017                     *Angela Garcia*<br>Date                     *Charging Party Signature* | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### DISMISSAL AND NOTICE OF RIGHTS

| To: Angela M. Jarvis<br>1107 E Walker Street<br>League City, TX 77573 | From: Houston District Office<br>Mickey Leland Building<br>1919 Smith Street, 7th Floor<br>Houston, TX 77002 |
|---|---|

| | On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))* |

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 460-2017-01012 | Samantha Salazar,<br>Investigator | (713) 651-4965 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination:  Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes.  This does not certify that the respondent is in compliance with the statutes.  No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court.  Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost.  (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):**  EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment.  This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____
Rayford O. Irvin,
District Director

2/7/18
*(Date Mailed)*

Enclosures(s)

cc:
Kalani Hawks
HR Deputy Director & Employment Counsel
TEXAS GENERAL LAND OFFICE
PO Box 12873
Austin, TX 78711

TWC - Civil Rights Division
101 East 15th St.
Guadalupe-CRD
Austin, TX 78778

EXHIBIT
B