# Office DEPOT.
# OfficeMax

**Store:**
Office Depot Store 02228
Copy and Print
211 FM 2094 ROAD
KEMAH, TX 77565
2815353339

**Employee:** od02228

**Customer Information:**
Office Depot Store 02228
Angela Jarvis
1107 E Walker St
League City, TX 77573
Telephone: 7132538165

Ship Date:    12/18/2016

| SKU | Description | Price | Recipient Information |
|---|---|---|---|



00164394000022952

| Description | Price |
|---|---|
| Express Mail Flat Rate | $22.95 |
| Insured Value Fee | $0.00 |
| Delivery Confirmation | $0.00 |
| Signature Confirmation | $0.00 |
| Insured Value: $ 0.00 | |

**Recipient Information**
US Equal Employ Opp Commission
Mickey Leland Building
1919 Smith St
6th Floor
Houston, TX, 77002, US

Tracking #:
9481710200793238739735     Weight: 0.10 LBS   Dim: 1.00 in. x 1.00 in. x 1.00 in.
Delivery Date: 12/19/2016            * Weight read by scal

| | Total | $22.95 |
|---|---|---|

- I understand that Office Depot is not liable for packages improperly packed.
- I understand that Office Depot will not ship any hazardous materials, as designated by the Department of Transportation, or any other materials restricted by Fedex or US Post Office rules. Please see an Office Depot associate if you have any item in question.
- I represent that my description of the materials I am shipping is accurate.
- Packing guidelines and Restricted Items are available at the Copy & Print Depot counter.
- I have declared a value for my package and paid for insurance if optioned.
- To ensure your packages are shipped your receipt must be validated by a cashier at the time of purchase. The validated copy will be retained by the cashier.
- Please retain this receipt as proof of shipment in the event a claim needs to be filed with FedEx or USPS.
- USPS claims are to be made by the shipper directly to a local USPS office or through their website www.usps.com
- You acknowledge and agree that each FedEx shipment you tender is governed by the applicable FedEx Express Terms and Conditions and/or FedEx Ground Tariff, as contained in the FedEx Service Guide at fedex.com. Unless a higher value is declared and for, the maximum liability for each shipment you tender is US$100. You acknowledge and agree that your

_____
Customer Signature

## IMPORTANT INFORMATION REGARDING
## PACKING SHIPPING PROGRAM

FedEx - Your package can be tracked online at www.fedex.com
USPS - Your package can be tracked online at www.usps.com only if you purchased this
additional service.

EXHIBIT
A

Sunday, December 18, 2016 6:44:25 pm



### U.S. Equal Employment Opportunity Commission
### Houston District Office

Mickey Leland Building
1919 Smith Street, 7th Floor
Houston, TX 77002
(713) 651-4900
TTY (713) 651-4901
Fax: (713) 651-4902

Respondent: TEXAS GENERAL LAND OFFICE OIL SPILL PREVENTION
EEOC Inquiry No.: 460-2017-01012

January 13, 2017

Angela M. Jarvis
1107 E Walker Street
League City, TX 77573

Dear  Jarvis:

This is with reference to your recent inquiry (an office visit, phone call, correspondence, or electronically submitted intake questionnaire) in which you alleged employment discrimination by the above-named respondent. The information provided indicates that the matter complained of is subject to the statute(s) checked off below:

[ X ]   Title VII of the Civil Rights Act of 1964 (Title VII)

[ ]   The Age Discrimination in Employment Act (ADEA)

[ ]   The Americans with Disabilities Act (ADA)

[ ]   The Equal Pay Act (EPA)

[ ]   The Genetic Information Nondiscrimination Act (GINA)

The attached EEOC Form 5, Charge of Discrimination, is a summary of your claims based on the information you provided. To enable proper handling of this action by the Commission you should:

(1)  Review the enclosed charge form and make corrections.

(2)  Sign and date the charge in the bottom left hand block where I have made an "X".

(3)  Return the signed charge to this office.

<u>These steps are necessary if you wish to file a charge.</u>  No charge has been filed because the correspondence you submitted was not signed. Since charges should be filed within the time limits imposed by law, <u>please complete these steps as soon as possible</u>. Please call me at the number listed below if you have any questions. If you have to call long distance, please call collect.

IF WE DO NOT RECEIVE YOUR SIGNED CHARGE WITHIN 30 DAYS OR HEAR FROM YOU WITHIN 30 DAYS, WE WILL ASSUME THAT YOU DECIDED NOT TO FILE A CHARGE OF DISCRIMINATION WITH EEOC.

Please be aware that after we receive your signed charge, the EEOC will send a copy of the charge to Texas Workforce Commission Civil Rights Division 101 East 15th St Room 144T Austin, TX 78778 as required by our procedures. If that agency processes the charge, it may require the charge to be signed before a notary public or an agency official. The agency will then investigate and resolve the charge under their statute.

EXHIBIT
B

Please use the "EEOC Inquiry No." listed at the top of this letter whenever you call us. Please notify this office of any change in address or of any prolonged absence from home.  Please also read the enclosed brochure, "What You Should Know Before You File A Charge With EEOC," for answers to frequently asked questions about employee rights and the EEOC process.

Sincerely,

Tremayne Severin
Investigator Support Asst
(713) 651-4969

Office Hours: Monday – Friday, 8:00 a.m. - 4:30 p.m.
www.eeoc.gov

Enclosure(s)
 Copy of EEOC Form 5, Charge of Discrimination
 Copy of EEOC Uniform Brochure, "What You Should Know Before You File A Charge With EEOC."

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 460-2017-01012 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| State or local Agency, if any | |

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Angela M. Jarvis | (713) 253-8165 | ▓▓▓▓ |

| Street Address | City, State and ZIP Code |
|---|---|
| 1107 E Walker Street, League City, TX 77573 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| TEXAS GENERAL LAND OFFICE OIL SPILL PREVENTION | 500 or More | (281) 470-6597 |

| Street Address | City, State and ZIP Code |
|---|---|
| 11811 N Avenue D,  La Porte, TX 77571 | |

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

FEB 09 2017

**DISCRIMINATION BASED ON** *(Check appropriate box(es).)*

☐ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☐ NATIONAL ORIGIN
☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION
☐ OTHER (Specify)

| DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|
| Earliest | Latest |
| 02-16-2016 | 03-24-2016 |

☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

1.      I was hired on January 3, 2011 as an Administrative Assistant .  On March 11, 2016, I was forced to resign from my position as Administrative Assistant due to retaliation, intimidation and a hostile work environment that I was subjected to by Mr. Cook.

2.      On February 16, 2016, I reported to my Supervisor, Scott Gaudet, that Craig Cook, Sr. Response Officer 2, was sexually harassing a co-worker.  Mr. Gaudet reported the incident to Human Resources.

3.      I was a five year employee with no disciplinary issues and received a discipline counseling call on February 24, 2016 from Gregg Pollock, Deputy Commissioner who is Scott Gaudet supervisor. On February 29, 2016, Gregg Pollock, appointed Craig Cook as my supervisor.  Mr. Cook immediately began harassing me.  He would stay late, took my duties away and reassigned them to other employees. He constantly accused me of changing my business card title, making mistakes and

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.  FEB 09 2017<br>SIGNATURE OF COMPLAINANT |
| 2/6/2017          *Angela Jarvis*<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EXHIBIT
C

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA  ☒ EEOC | 460-2017-01012 |

| Texas Workforce Commission Civil Rights Division | and EEOC |
|---|---|
| *State or local Agency, if any* | |

being late. He would walk by and not speak to me and on other days he would talk to me in an aggressive manner. When passing in the office or hallway, if I would not step aside, Mr. Cook would intentionally walk into me. Mr. Cook would walk to my office, stand and stare without saying a word for several minutes and this happened 2 or 3 days weekly. I started to become fearful of him and intimidated. *I reported these incidents to Human Resources and nothing was done.*

4.      I believe I have been discriminated against because of retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended.

---

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| 2/6/2017     *Angela Garcia* Date     Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

## DISMISSAL AND NOTICE OF RIGHTS

To: Angela M. Jarvis
1107 E Walker Street
League City, TX 77573

From: Houston District Office
Mickey Leland Building
1919 Smith Street, 7th Floor
Houston, TX 77002

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 460-2017-01012 | Samantha Salazar, Investigator | (713) 651-4965 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

☒  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐  Other (briefly state)

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____
Rayford O. Irvin,
District Director

2/7/18
*(Date Mailed)*

Enclosures(s)

cc:
Kalani Hawks
HR Deputy Director & Employment Counsel
TEXAS GENERAL LAND OFFICE
PO Box 12873
Austin, TX 78711

TWC - Civil Rights Division
101 East 15th St.
Guadalupe-CRD
Austin, TX 78778

EXHIBIT
D


## PART B. EVALUATION FORM

| Employee Name | Angela Jarvis | | |
|---|---|---|---|
| Evaluation Period (month/year) | 01/03/11 | *To* | 03/31/11 |

### SECTION 1. Commissioner's Standards of Conduct (Use "Protect Form" mode for evaluation.)

| | Unacceptable Performance | Needs Improvement | Satisfactory Performance | Above Average | Goes Above & Beyond |
|---|---|---|---|---|---|
| **PROFESSIONALISM** | ☐ | ☐ | ☐ | ☒ | ☐ |
| **COURTESY** | ☐ | ☐ | ☐ | ☒ | ☐ |
| **TEAMWORK** | ☐ | ☐ | ☐ | ☒ | ☐ |
| **CANDIDNESS** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **CHAIN OF COMMAND** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **COMMUNICATION** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **INNOVATION/IMPROVEMENT** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **ETHICS** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **LEADERSHIP** (Deputies, Directors, Managers, and Team Leaders) | ☐ | ☐ | ☐ | ☐ | ☐ |

### SECTION 2. Job Duties (Use "Protect Form" mode for evaluation.)

| | Unacceptable Performance | Needs Improvement | Satisfactory Performance | Above Average | Goes Above & Beyond |
|---|---|---|---|---|---|
| **Job Duty 1** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 2** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 3** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 4** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 5** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 6** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 7** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 8** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 9** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 10** | ☐ | ☒ | ☐ | ☐ | ☐ |
| **Job Duty 11** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 12** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 13** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 14** | ☐ | ☐ | ☐ | ☒ | ☐ |
| **Job Duty 15** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 16** | ☐ | ☐ | ☒ | ☐ | ☐ |

### SECTION 3. Training

Employee met all training requirements for the last full fiscal year.

☐ Yes    ☐ No

If "No", please explain:

EXHIBIT
E

EPE-B 7/30/09-JL

N/A at three months.

**SECTION 4.  Comments**

**Supervisor's Comments**  (Please provide comments on employee's overall job performance; their strengths; accomplishments; and competencies.  Supervisors are <u>expected</u> to explain any grade below "*Satisfactory Performance*" and <u>encouraged</u> to describe any grade of "*Goes Above & Beyond*").

Administrative Assistant (AA) Jarvis's overall job performance after three months is above average.  As noted in evaluation, AA Jarvis has exceeded in professionalism, courtesy, team work and outreach activities.  Her overall attitude and commitment to this program is refreshing.

**Employee's Comments and/or Responses to Evaluation**

*Enjoying my new position! Thank you for the opportunity*

**Deputy's Comments (if necessary)**

## SECTION 5.  Signature Page

**EMPLOYEE**

I have received a copy of this completed evaluation of my performance and have discussed its contents with my supervisor.  I acknowledge that I have had at least 24 hours to review

Employee: _Angela Harris_      Date: _4/6/2011_

**SUPERVISOR**

I acknowledge that I have provided the employee a copy of this completed evaluation of the employee's performance and have met with the employee to discuss its contents.

Supervisor: _____  Date: _4/6/2011_
              *(Not Team Leaders)*

**DEPUTY**

*I have read the above supervisor's evaluation of this employee's performance and acknowledge the comments and/or ratings provided by the employee.  I have noted any agreements, disagreements and suggestions.*

Deputy: _____  Date: _____

**PART B. EVALUATION FORM**

| Employee Name | Angela Jarvis | | |
|---|---|---|---|
| Evaluation Period (month/year) | 01/03/11 | *To* | 06/30/11 |

SECTION 1.  **Commissioner's Standards of Conduct** (Use "Protect Form" mode for evaluation.)

| | *Unacceptable Performance* | *Needs Improvement* | *Satisfactory Performance* | *Above Average* | *Goes Above & Beyond* |
|---|---|---|---|---|---|
| **PROFESSIONALISM** | ☐ | ☐ | ☐ | ☒ | ☐ |
| **COURTESY** | ☐ | ☐ | ☐ | ☒ | ☐ |
| **TEAMWORK** | ☐ | ☐ | ☐ | ☒ | ☐ |
| **CANDIDNESS** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **CHAIN OF COMMAND** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **COMMUNICATION** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **INNOVATION/IMPROVEMENT** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **ETHICS** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **LEADERSHIP** (Deputies, Directors, Managers, and Team Leaders) | ☐ | ☐ | ☐ | ☐ | ☐ |

SECTION 2.  **Job Duties** (Use "Protect Form" mode for evaluation.)

| | *Unacceptable Performance* | *Needs Improvement* | *Satisfactory Performance* | *Above Average* | *Goes Above & Beyond* |
|---|---|---|---|---|---|
| **Job Duty 1** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 2** | ☐ | ☐ | ☐ | ☒ | ☐ |
| **Job Duty 3** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 4** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 5** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 6** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 7** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 8** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 9** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 10** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 11** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 12** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 13** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 14** | ☐ | ☐ | ☐ | ☒ | ☐ |
| **Job Duty 15** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 16** | ☐ | ☐ | ☒ | ☐ | ☐ |

SECTION 3.  **Training**

Employee met all training requirements for the last full fiscal year.

☐ Yes     ☒ No

If "No", please explain:

N/A at six months.

## SECTION 4.  Comments

**Supervisor's Comments**  (Please provide comments on employee's overall job performance; their strengths; accomplishments; and competencies.  Supervisors are <u>expected</u> to explain any grade below "*Satisfactory Performance*" and <u>encouraged</u> to describe any grade of "*Goes Above & Beyond*").

Administrative Assistant (AA) Jarvis's overall job performance after six months is above average.  As noted in evaluation, AA Jarvis has exceeded in professionalism, courtesy, team work and outreach activities.  She has been assigned as the primary administrative support for the Region 2 Compliance and Training Teams.

Her overall attitude and commitment to this program is refreshing.  Ms. Jarvis did an outstanding job coordination our participation in this year's Coastal Expo.

**Employee's Comments and/or Responses to Evaluation**

Thank you!

**Deputy's Comments (if necessary)**

## SECTION 5.  Signature Page

**EMPLOYEE**

I have received a copy of this completed evaluation of my performance and have discussed its contents with my supervisor.  I acknowledge that I have had at least 24 hours to review

Employee: _Angele Jarus_____ Date: _7/13/2011_

**SUPERVISOR**

I acknowledge that I have provided the employee a copy of this completed evaluation of the employee's performance and have met with the employee to discuss its contents.

Supervisor: _____ Date: _7/13/2011_

*(Not Team Leaders)*

**DEPUTY**

*I have read the above supervisor's evaluation of this employee's performance and acknowledge the comments and/or ratings provided by the employee.  I have noted any agreements, disagreements and suggestions.*

Deputy: _____ Date: _____

EPE-B 7/30/09-JL

### PART B. EVALUATION FORM

| Employee Name | Angela Jarvis | | |
|---|---|---|---|
| Evaluation Period (month/year) | 01/01/11 | To | 12/31/11 |

## SECTION 1. Commissioner's Standards of Conduct (Use "Protect Form" mode for evaluation.)

| | Unacceptable Performance | Needs Improvement | Satisfactory Performance | Above Average | Goes Above & Beyond |
|---|---|---|---|---|---|
| PROFESSIONALISM | ☐ | ☐ | ☐ | ☒ | ☐ |
| COURTESY | ☐ | ☐ | ☐ | ☒ | ☐ |
| TEAMWORK | ☐ | ☐ | ☒ | ☐ | ☐ |
| CANDIDNESS | ☐ | ☐ | ☒ | ☐ | ☐ |
| CHAIN OF COMMAND | ☐ | ☐ | ☒ | ☐ | ☐ |
| COMMUNICATION | ☐ | ☐ | ☒ | ☐ | ☐ |
| INNOVATION/IMPROVEMENT | ☐ | ☐ | ☒ | ☐ | ☐ |
| ETHICS | ☐ | ☐ | ☒ | ☐ | ☐ |
| LEADERSHIP (Deputies, Directors, Managers, and Team Leaders) | ☐ | ☐ | ☐ | ☐ | ☐ |

## SECTION 2. Job Duties (Use "Protect Form" mode for evaluation.)

| | Unacceptable Performance | Needs Improvement | Satisfactory Performance | Above Average | Goes Above & Beyond |
|---|---|---|---|---|---|
| Job Duty 1 | ☐ | ☐ | ☒ | ☐ | ☐ |
| Job Duty 2 | ☐ | ☐ | ☐ | ☒ | ☐ |
| Job Duty 3 | ☐ | ☐ | ☐ | ☒ | ☐ |
| Job Duty 4 | ☐ | ☐ | ☒ | ☐ | ☐ |
| Job Duty 5 | ☐ | ☐ | ☒ | ☐ | ☐ |
| Job Duty 6 | ☐ | ☐ | ☒ | ☐ | ☐ |
| Job Duty 7 | ☐ | ☐ | ☒ | ☐ | ☐ |
| Job Duty 8 | ☐ | ☐ | ☒ | ☐ | ☐ |
| Job Duty 9 | ☐ | ☐ | ☒ | ☐ | ☐ |
| Job Duty 10 | ☐ | ☐ | ☒ | ☐ | ☐ |
| Job Duty 11 | ☐ | ☐ | ☐ | ☒ | ☐ |
| Job Duty 12 | ☐ | ☐ | ☐ | ☒ | ☐ |
| Job Duty 13 | ☐ | ☐ | ☒ | ☐ | ☐ |
| Job Duty 14 | ☐ | ☐ | ☐ | ☒ | ☐ |
| Job Duty 15 | ☐ | ☐ | ☒ | ☐ | ☐ |
| Job Duty 16 | ☐ | ☐ | ☒ | ☐ | ☐ |

## SECTION 3. Training

Employee met all training requirements for the last full fiscal year.

☒ Yes     ☐ No

If "No", please explain:

EPE-B 7/30/09-JL

SECTION 4.  Comments

**Supervisor's Comments**  (Please provide comments on employee's overall job performance; their strengths; accomplishments; and competencies.  Supervisors are <u>expected</u> to explain any grade below *"Satisfactory Performance"* and <u>encouraged</u> to describe any grade of *"Goes Above & Beyond"*).

Angela Jarvis is a hard worker who is willing to go the extra mile to get the job done.  She is proficient in her duties and willingly takes on additional duties as they are assigned.  She has done an excellent job as the Regional Marketing Team Leader, planning and attending many local events.  Angela approaches her duties aggressively, she interacts with staff and the public in a professional manner.  Angela's efforts and contributions to this regional office are outstanding.

**Employee's Comments and/or Responses to Evaluation**

**Deputy's Comments (if necessary)**

EPE-B 7/30/09-JL

**SECTION 5. Signature Page**

**EMPLOYEE**

I have received a copy of this completed evaluation of my performance and have discussed its contents with my supervisor. I acknowledge that I have had at least 24 hours to review

Employee: _Angle Jarvis_ Date: _1/4/2012_

**SUPERVISOR**

I acknowledge that I have provided the employee a copy of this completed evaluation of the employee's performance and have met with the employee to discuss its contents.

Supervisor: _____ Date: _1/4/2012_
*(Not Team Leaders)*

**DEPUTY**

*I have read the above supervisor's evaluation of this employee's performance and acknowledge the comments and/or ratings provided by the employee. I have noted any agreements, disagreements and suggestions.*

Deputy: _____ Date: _____

PART B. EVALUATION FORM

| Employee Name | Angela Jarvis | | |
|---|---|---|---|
| Evaluation Period (month/year) | 01/01/12 | To | 12/31/12 |

SECTION 1. Commissioner's Standards of Conduct (Use "Protect Form" mode for evaluation.)

| | Unacceptable Performance | Needs Improvement | Satisfactory Performance | Above Average | Goes Above & Beyond |
|---|---|---|---|---|---|
| PROFESSIONALISM | ☐ | ☐ | ☐ | ☒ | ☐ |
| COURTESY | ☐ | ☐ | ☐ | ☒ | ☐ |
| TEAMWORK | ☐ | ☐ | ☒ | ☐ | ☐ |
| CANDIDNESS | ☐ | ☐ | ☒ | ☐ | ☐ |
| CHAIN OF COMMAND | ☐ | ☐ | ☒ | ☐ | ☐ |
| COMMUNICATION | ☐ | ☐ | ☒ | ☐ | ☐ |
| INNOVATION/IMPROVEMENT | ☐ | ☐ | ☐ | ☒ | ☐ |
| ETHICS | ☐ | ☐ | ☒ | ☐ | ☐ |
| LEADERSHIP (Deputies, Directors, Managers, and Team Leaders) | ☐ | ☐ | | | |

SECTION 2. Job Duties (Use "Protect Form" mode for evaluation.)

| | Unacceptable Performance | Needs Improvement | Satisfactory Performance | Above Average | Goes Above & Beyond |
|---|---|---|---|---|---|
| Job Duty 1 | ☐ | ☐ | ☐ | ☒ | ☐ |
| Job Duty 2 | ☐ | ☐ | ☐ | ☒ | ☐ |
| Job Duty 3 | ☐ | ☐ | ☐ | ☒ | ☐ |
| Job Duty 4 | ☐ | ☐ | ☒ | ☐ | ☐ |
| Job Duty 5 | ☐ | ☐ | ☒ | ☐ | ☐ |
| Job Duty 6 | ☐ | ☐ | ☒ | ☐ | ☐ |
| Job Duty 7 | ☐ | ☐ | ☒ | ☐ | ☐ |
| Job Duty 8 | ☐ | ☐ | ☒ | ☐ | ☐ |
| Job Duty 9 | ☐ | ☐ | ☒ | ☐ | ☐ |
| Job Duty 10 | ☐ | ☐ | ☒ | ☐ | ☐ |
| Job Duty 11 | ☐ | ☐ | ☒ | ☐ | ☐ |
| Job Duty 12 | ☐ | ☐ | ☐ | ☒ | ☐ |
| Job Duty 13 | ☐ | ☐ | ☒ | ☐ | ☐ |
| Job Duty 14 | ☐ | ☐ | ☐ | ☐ | ☒ |
| Job Duty 15 | ☐ | ☐ | ☒ | ☐ | ☐ |
| Job Duty 16 | ☐ | ☐ | ☒ | ☐ | ☐ |

SECTION 3. Training

| Employee met all training requirements for the last full fiscal year. |
|---|

☒ Yes    ☐ No

| If "No", please explain: |
|---|

**SECTION 4. Comments**

**Supervisor's Comments** (Please provide comments on employee's overall job performance; their strengths; accomplishments; and competencies.  Supervisors are <u>expected</u> to explain any grade below "*Satisfactory Performance*" and <u>encouraged</u> to describe any grade of "*Goes Above & Beyond*").

Angela Jarvis is a hard worker who is willing to go the extra mile to get the job done.  She is proficient in her duties and willingly takes on additional duties as they are assigned.  She has done an outstanding job as the Regional Marketing Team Leader, planning and attending many local events.  She has done an outstanding job as editor of The Responder. Angela approaches her duties aggressively, she interacts with staff and the public in a professional manner.  Angela's efforts and contributions to this regional office are outstanding.

**Employee's Comments and/or Responses to Evaluation**

Thank you again for this opportunity. I appreciate the challenges and the confidence that has been given to me. I am looking forward to the future :)

**Deputy's Comments (if necessary)**

SECTION 5.  Signature Page

**EMPLOYEE**

I have received a copy of this completed evaluation of my performance and have discussed its contents with my supervisor.  I acknowledge that I have had at least 24 hours to review

Employee: _Angela Janis_____   Date: _1/8/2013_____

**SUPERVISOR**

I acknowledge that I have provided the employee a copy of this completed evaluation of the employee's performance and have met with the employee to discuss its contents.

Supervisor: _____   Date: _1/8/2013_____
              *(Not Team Leaders)*

**DEPUTY**

*I have read the above supervisor's evaluation of this employee's performance and acknowledge the comments and/or ratings provided by the employee.  I have noted any agreements, disagreements and suggestions.*

Deputy: _____   Date: _____

EPE-B 7/30/09-JL

PART B.  EVALUATION FORM

| Employee Name | Angela Jarvis | | |
|---|---|---|---|
| **Evaluation Period (month/year)** | 01/01/13 | *To* | 04/30/13 |

## SECTION 1.  Commissioner's Standards of Conduct (Use "Protect Form" mode for evaluation.)

| | *Unacceptable Performance* | *Needs Improvement* | *Satisfactory Performance* | *Above Average* | *Goes Above & Beyond* |
|---|---|---|---|---|---|
| **PROFESSIONALISM** | ☐ | ☐ | ☐ | ☒ | ☐ |
| **COURTESY** | ☐ | ☐ | ☐ | ☒ | ☐ |
| **TEAMWORK** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **CANDIDNESS** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **CHAIN OF COMMAND** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **COMMUNICATION** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **INNOVATION/IMPROVEMENT** | ☐ | ☐ | ☐ | ☒ | ☐ |
| **ETHICS** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **LEADERSHIP** (Deputies, Directors, Managers, and Team Leaders) | ☐ | ☐ | ☐ | ☐ | ☐ |

## SECTION 2.  Job Duties (Use "Protect Form" mode for evaluation.)

| | *Unacceptable Performance* | *Needs Improvement* | *Satisfactory Performance* | *Above Average* | *Goes Above & Beyond* |
|---|---|---|---|---|---|
| **Job Duty 1** | ☐ | ☐ | ☐ | ☒ | ☐ |
| **Job Duty 2** | ☐ | ☐ | ☐ | ☒ | ☐ |
| **Job Duty 3** | ☐ | ☐ | ☐ | ☒ | ☐ |
| **Job Duty 4** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 5** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 6** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 7** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 8** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 9** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 10** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 11** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 12** | ☐ | ☐ | ☐ | ☒ | ☐ |
| **Job Duty 13** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 14** | ☐ | ☐ | ☐ | ☐ | ☒ |
| **Job Duty 15** | ☐ | ☐ | ☒ | ☐ | ☐ |
| **Job Duty 16** | ☐ | ☐ | ☒ | ☐ | ☐ |

## SECTION 3.  Training

Employee met all training requirements for the last full fiscal year.

☒ Yes    ☐ No

If "No", please explain:

EPE-B 7/30/09-JL

**SECTION 4.  Comments**

**Supervisor's Comments**  (Please provide comments on employee's overall job performance; their strengths; accomplishments; and competencies.  Supervisors are <u>expected</u> to explain any grade below "*Satisfactory Performance*" and <u>encouraged</u> to describe any grade of "*Goes Above & Beyond*").

Angela Jarvis is a professional, competent and well respected member of the Region 2 Team. Recently she became the sole administrative support person for Region 2. She has done an exceptional job as a member of the Compliance Team and ensures the projects are inputted into the database correctly and all correspondence is handled in a timely manner. She provides administrative support to the Derelict and Sunken Vessel program (DSV), she was instrumental in developing a spreadsheet to track the status of DSV projects in Region 2.
 Ms. Jarvis has done an outstanding job as the Regional Marketing Coordinator, planning and attending many local events. She has done an outstanding job as editor of "The Responder" newsletter. She recently became the Region 2 Spill Case Processor and administrative support to the Logistics Team. She has a Bachelors degree in Business Administration from the University of Houston Clear-Lake; this along with her past experience working for a law firm has given her the ability to provide an exceptional level of support to a regional staff of 9 Response Officers, Assistant Regional Manager and Regional Director.

**Employee's Comments and/or Responses to Evaluation**

Thank you for the opportunity to work here – I have enjoyed the challenge of learning new and different skills within the Oil Spill Program. Thank you – Angela

**Deputy's Comments (if necessary)**

EPE-B 7/30/09-JL

**SECTION 5.  Signature Page**

**EMPLOYEE**

    I have received a copy of this completed evaluation of my performance and have discussed its contents with my supervisor.  I acknowledge that I have had at least 24 hours to review

Employee: _Angela Jarvis_    Date: _5/10/13_

**SUPERVISOR**

    I acknowledge that I have provided the employee a copy of this completed evaluation of the employee's performance and have met with the employee to discuss its contents.

Supervisor: _____    Date: _5/10/13_
        *(Not Team Leaders)*

**DEPUTY**

    *I have read the above supervisor's evaluation of this employee's performance and acknowledge the comments and/or ratings provided by the employee.  I have noted any agreements, disagreements and suggestions.*

Deputy: _____    Date: _____

## EMPLOYEE PERFORMANCE EVALUATION

| Employee Name | Angela Jarvis | | |
|---|---|---|---|
| Evaluation Period (month/year) | 05/01/14 | To | 04/30/15 |

### SECTION 1.  Commissioner's Standards of Conduct Evaluation

| | Needs Improvement | Satisfactory Performance | Above Average |
|---|---|---|---|
| PROFESSIONALISM | | ☒ | |
| COURTESY | | | ☒ |
| TEAMWORK | | | ☒ |
| CANDIDNESS | | ☒ | |
| CHAIN OF COMMAND | | ☒ | |
| COMMUNICATION | | | ☒ |
| INNOVATION/IMPROVEMENT | | | ☒ |
| ETHICS | | ☒ | |
| LEADERSHIP (managers and team leads) | | | |

### SECTION 2.  Job Duties Evaluation

| | Needs Improvement | Satisfactory Performance | Above Average |
|---|---|---|---|
| Job Duty 1 | | ☒ | |
| Job Duty 2 | | ☒ | |
| Job Duty 3 | | ☒ | |
| Job Duty 4 | | | ☒ |
| Job Duty 5 | | | ☒ |
| Job Duty 6 | | | ☒ |
| Job Duty 7 | | ☒ | |
| Job Duty 8 | | ☒ | |
| Job Duty 9 | | ☒ | |
| Job Duty 10 | | ☒ | |

### SECTION 3.  Training *(Employee met all training requirements for the last full fiscal year.)*
☒ Yes      ☐ No – Explain: _____

GLO EPE 2/13

SECTION 4.  Comments

| Supervisor's Comments |
| --- |
| Please provide comments on employee's overall job performance, including strengths, accomplishments, competencies, and areas needing improvement.  **Supervisors must explain any grade other than "Satisfactory Performance" (i.e. any rating of "Above Average" or "Needs Improvement").** |
| Angela Jarvis is a professional, competent and well respected member of the Region 2 Team. She has done an exceptional job supporting the Compliance program and ensures the projects are inputted into the database correctly and all correspondence is handled in a timely manner. She provides administrative support to the Derelict and Sunken Vessel program (DSV) and Logistics program .Ms. Jarvis has done an outstanding job as the Regional Marketing Coordinator, planning and attending numerous events. She has done an exceptional job as editor/coordinator of "The Responder" newsletter. She is the Region 2 Spill Case Processor/Coordinator; this job involves processing close to half of the spills received by the whole Oil Spill Program. Her performance supporting staff and providing documentation during the Texas City Y spill event was exceptional. She has a Bachelors degree in Business Administration from the University of Houston Clear-Lake; this along with her past experience working for a law firm has given her the ability to provide an exceptional level of support to a regional staff of 9 Response Officers and Regional Director. |
| **Employee's Comments and/or Responses to Evaluation** |
| Thank you for the opportunity to work with the Oil Spill Program. I have learned so much and will continue to support the Oil Spill Program with the best of my ability and professionalism. |
| **Deputy's Comments (if necessary)** |
| |

**An employee's most recent Position Description stays in effect until it is replaced.**

SECTION 5.  Signatures

**EMPLOYEE** - *I have received a copy of this completed evaluation of my performance and have discussed its contents with my supervisor.*

Signature: _Angela Jarvis_         Date: _4/30/15_

Printed Name: Angela Jarvis

**IMMEDIATE SUPERVISOR** - *I acknowledge that I have provided the employee a copy of this completed evaluation of the employee's performance and have met with the employee to discuss its contents.*

- ◆   A new Position Description (PD) must be submitted to Human Resources if the employee's current PD is no longer accurate, any anticipated changes in his/her job duties are not minor and consistent with the current PD, or a change in state job classification is otherwise needed.
- ◆   Submission of an EPE for filing without attachment of a new PD serves as the supervisor's certification that a new PD is not required by this standard.

Signature: _____         Date: _4/30/15_

**Angela Jarvis**

| | |
|---|---|
| **From:** | Greg Pollock |
| **Sent:** | Tuesday, January 05, 2016 2:44 PM |
| **To:** | Angela Jarvis |
| **Subject:** | RE: Award ceremony |

No way!!!   Well I hope you make to your 30th just like Debbie!!

gp

-----Original Message-----
From: Angela Jarvis
Sent: Tuesday, January 05, 2016 2:43 PM
To: Greg Pollock <Greg.Pollock@GLO.TEXAS.GOV>
Subject: RE: Award ceremony

Aww I love it!! Thanks for sharing.  I am officially a 5 year employee, doesn't seem like it has been that long does it?


Angela Jarvis
Marketing Coordinator
Texas General Land Office
Oil Spill Prevention & Response
La Porte, Texas - Region 2
281.470.6597 office
281.470.6679 fax
angela.jarvis@glo.texas.gov

-----Original Message-----
From: Greg Pollock
Sent: Tuesday, January 05, 2016 2:41 PM
To: Oil Spill - Region1 Nederland <Oil-Spill-Region1-Nederland@GLO.TEXAS.GOV>; Oil Spill - Region3 Corpus Christi <Oil-Spill-Region3-Corpus-Christi@GLO.TEXAS.GOV>; Oil Spill Prevention and Response Austin <Oil-Spill-Prevention-and-Response-Austin@GLO.TEXAS.GOV>; Oil Spill Region2 LaPorte <Oil-Spill-Region2-LaPorte.PO_1.DOM1@GLO.TEXAS.GOV>; Oil Spill Region4 Brownsville <Oil-Spill-Region4-Brownsville@GLO.TEXAS.GOV>; Oil Spill Region5 Port Lavaca <Oil-Spill-Region5-Port-Lavaca@GLO.TEXAS.GOV>
Subject: FW: Award ceremony

Congratulations to our 10, 15, and 30 year recipients.  Photos courtesy of Brian Fisher.

gp

-----Original Message-----
From: Brian Fisher
Sent: Tuesday, January 05, 2016 2:27 PM
To: Greg Pollock <Greg.Pollock@GLO.TEXAS.GOV>
Subject: Award ceremony



1

**Angela Jarvis**

| | |
|---|---|
| **From:** | Scott Gaudet |
| **Sent:** | Wednesday, October 21, 2015 1:50 PM |
| **To:** | Angela Jarvis; Bob Brock; Craig Cook; Gray Powell; Jeffrey Davis; Craig Kartye; Jesse Mayorga; Oil Spill - Region2 La Porte.PO-Three.DOM1@GLO.TEXAS.GOV; Paula Lynch; Rob Hadley; Scott Gaudet; Trey Trahan |
| **Subject:** | Warehouse |

Shop day is scheduled for Thursday, October 29th.

If you have any personal items in the area, please get them out.

A few things need to be done prior to the shop day.

-The sample refrigerator needs to be checked out. If it still works, it needs to be relocated indoors somewhere.  Please coordinate with Brock, he is the Region 2 sample person.

- The trailers need to be cleared of junk and are expected to be response ready.

- Tools need to be put up where they belong. If we need more tool storage options, we can purchase some.

- I understand some projects will require some tools/parts be left out, but when done for the day the area should not pose safety issues. Examples are extension cords left out, equipment blocked in, etc..

-Start identifying items we do not need and plan to get rid of them per policy.

Thanks,


Scott Gaudet- Regional Director
Texas General Land Office
Oil Spill Prevention & Response
Region 2/La Porte
Office Phone-281-470-6597
Primary Contact
409-392-5198
scott.gaudet@glo.texas.gov


EXHIBIT
G



OFFICE DOOR

EXHIBIT
14

**Angela Jarvis**

---

| | |
|---|---|
| **From:** | Angela Jarvis |
| **Sent:** | Wednesday, November 18, 2015 9:57 AM |
| **To:** | Scott Gaudet |
| **Subject:** | Academy |

I know it's early, but I need to go the week of Academy that does NOT include February 9th if possible.  I think it is going to be the week before.

Thanks,

Angela Jarvis
Marketing Coordinator
Texas General Land Office
Oil Spill Prevention & Response
La Porte, Texas - Region 2
281.470.6597 office
281.470.6679 fax
angela.jarvis@glo.texas.gov

EXHIBIT
I

1

**Angela Jarvis**

| | |
|---|---|
| **From:** | Craig Cook |
| **Sent:** | Wednesday, December 09, 2015 4:11 PM |
| **To:** | Oil Spill Region2 LaPorte |
| **Cc:** | Greg Pollock; Debbie Saenz; Kim Griffith; Gloria Maynard |
| **Subject:** | RE: Training Academy Schedule |

Debbie/Gloria, can you please put Angela Jarvis on week one of the academy when counting how many rooms will be needed for each week.

Thank You
CRAIG

**From:** Craig Cook
**Sent:** Thursday, December 03, 2015 2:25 PM
**To:** Oil Spill Region2 LaPorte <Oil-Spill-Region2-LaPorte.PO_1.DOM1@GLO.TEXAS.GOV>
**Cc:** Greg Pollock <Greg.Pollock@GLO.TEXAS.GOV>; Debbie Saenz <Debbie.Saenz@GLO.TEXAS.GOV>; Kim Griffith <Kim.Griffith@GLO.TEXAS.GOV>; Gloria Maynard <Gloria.Maynard@GLO.TEXAS.GOV>
**Subject:** Training Academy Schedule

The following personnel are scheduled for the Oil Spill Academy in Austin for the first two weeks of February:

**Week One February 1-4**
Craig Cook
Bob Brock
Jeff Davis
Paula Lynch
Jesse Mayorga
Rob Hadley


**Week Two February 8-11**
Scott Gaudet
Craig Kartye
Gray Powell
Angela Jarvis
Trey Trahan



# Oil Spill Prevention & Response
# 2016 Training Academy

## Monday, February 1, 2016

| TIME | TOPIC | SPEAKER(S) |
|---|---|---|
| 1:00 pm - 1:30 pm | Opening Remarks & Welcome | Greg Pollock, Deputy Director, Oil Spill Prevention & Response<br>Ken Wisian, Senior Deputy Director, Coastal Protection |
| 1:30 pm - 2:00 pm | Guest Speakers<br>(Group Photo) | George P. Bush, Texas Land Commissioner<br>Anne Idsal, Chief Clerk, Texas General Land Office |
| 2:00 pm - 3:30 pm | NOAA - Tar on Texas Beaches: Presentation on the sciences of tarball formations, movements and originations.<br>Information on sampling and safety | Dr. Paige Doelling, NOAA Scientific Support Coordinator<br>Steve Buschang, State Scientific Support Coordinator & Director of Research & Development |
| 3:30 pm - 3:50 pm | Safety Question & BREAK | |
| 3:50 pm - 4:50 pm | Oil Spill Austin Staff Responsibilities & Updates | Brian Fisher, DCO and Cost Documentation Coordinator<br>Steve Buschang, State Scientific Support Coordinator & Director of Research & Development<br>Gloria Maynard, Executive Assistant, Team Leader<br>Robert Rivera, Administrative Assistant<br>Debbie Saenz, Outreach & Education<br>D'Anne Stites, Spill Case Processing |
| 4:50 pm - 5:00 pm | Recap & Group Social @ Dart Bowl, Austin, Texas | Debbie Saenz & D'Anne Stites |

## Tuesday, February 2, 2016

| TIME | TOPIC | SPEAKER(S) |
|---|---|---|
| 8:00 am - 9:15 am | Deep Water Recovery - Well Control, Source Control Training/Capabilities/Updates | Roger Scheuerman, HWCG |
| 9:15 am - 9:30 am | Safety Question & BREAK | |
| 9:30 am - 10:00 am | Regions 1 & 2 Staff Responsibilities & Updates | J.T. Ewing, Director, Region 1<br>Craig Cook, SRO II, Region 2 |
| 10:00 am - 11:00 am | Overview of West Ranch CO2 Project in Jackson County | Jill Fisk, Hilcorp, Central Texas Asset Team Leader |
| 11:00 am - 11:15 am | Safety Question & BREAK | |
| 11:15 am - 11:30 am | Region 3 Staff Responsibilities & Updates | Jimmy Martinez, Director, Region 3 |
| 11:30 am - 1:00 pm | Safety Question & LUNCH | |
| 1:00 pm - 2:00 pm | Back to Basics - Oil Spill Response 101 | Brent Koza, Senior Response Officer, Region 3<br>Kim Griffith, Manager, Region 5 |
| 2:00 pm - 2:15 pm | Safety Question & BREAK | |
| 2:15 pm - 3:15 pm | NRDA Update - Team Building for Trustees & Responders: Responders are a critical part of the NRDA Team | Angela Sunley, Assessments Director, Coastal Resources |
| 3:15 pm - 3:30 pm | Safety Question & BREAK | |
| 3:30 pm - 4:00 pm | Regions 4 & 5 Staff Responsibilities & Updates | Raymond Oliveria, Manager, Region 4<br>Kim Griffith, Manager, Region 5 |
| 4:00 pm - 4:30 pm | Logistics Update | Debbie Saenz, Logistics Team Leader, Austin<br>Joe Russo, GLO Fleet Manager<br>Regional LC Team Leaders |
| 4:30 pm - 5:00 pm | Recap & Evening on your own | |



EXHIBIT K

# Oil Spill Prevention & Response
## 2016 Training Academy

| | Wednesday, February 3, 2016 | |
|---|---|---|
| **TIME** | **TOPIC** | **SPEAKER(S)** |
| 8:00 am   - 9:45 am | Oil Spill Program Review of Functions: The focus is a field based review of all our routine processes, with both short and long term goals. | Kim Griffith, Manager, Region 5<br>Craig Cook, SRO II, Region 2 |
| 9:45 am   - 10:00 am | Safety Question & BREAK | |
| 10:00 am  - 11:30 am | Spill Case Processing - Spilling & Billing | D'Anne Stites, Spill Case Processing Coordinator<br>Craig Cook, SRO II, Region 2<br>Kim Griffith, Manager, Region 5 |
| 11:30 am  - 1:00 pm | Safety Question & LUNCH | |
| 1:00 pm   - 2:15 pm | Derelict Sunken Vessel (DSV) & Vessel Turn-In Program (VTIP) Updates | Craig Cook, Senior Response Officer, Region 2 |
| 2:15 pm   - 2:30 pm | Safety Question & BREAK | |
| 2:30 pm   - 3:30 pm | GLO Social Media Policy | Bryan Preston, Director, Communications Division |
| 3:30 pm   - 3:45 pm | Safety Question & BREAK | |
| 3:45 pm   - 4:45 pm | GRP's & Database - How to utilize mobile devices in the collection and updating of data while in the field and how this data can be viewed quickly and easily from a desktop computer. | Alex Sanders, GIS Specialist, Enterprise Technology Solutions<br>Steve Buschang, SSC & Director of R&D |
| 4:45 pm   - 5:00 pm | Recap & Evening on your own | |
| | Thursday, February 4, 2016 | |
| **TIME** | **TOPIC** | **SPEAKER(S)** |
| 8:00 am   - 8:30  am | GLO Sexual Harassment Policy | Kalani Hawks, Assistant Director, Human Resources |
| 8:30 am   - 10:30 am | Natural Disaster Operational Workgroup (NDOW) -      Oil Spill Assessment & Removal Procedures | Gloria Maynard, Oil Spill NDOW Representative, Austin<br>Bob Brock, Oil Spill NDOW Representative, Region 2<br>Kristopher A. Fuller, NDOW Representative, Dallas |
| 10:30 am  - 10:45 am | Safety Question & BREAK | |
| 10:45 am  - 11:00 am | Historically Underutilized Business Training (HUB), & Agency Participation Goals | Brian Fisher, DCO & Cost Documentation Coordinator |
| 11:00 am  - 12:00 pm | Certificate Presentation/Survey/ Travel | Greg Pollock, Deputy Director, Oil Spill Prevention & Response |

## Angela Jarvis

**From:** Scott Gaudet
**Sent:** Friday, February 05, 2016 12:12 PM
**To:** Angela Jarvis
**Cc:** Greg Pollock
**Subject:** Re: Issues; would like a meeting

Absolutely.

I'm at the Academy next week so we can schedule a meeting about your concerns regarding SRO II Cook when I return.

In regards to issues with Kim Griffith I'm going to have to confer with Mr. Pollock. She is an Area Manager and supervised by Regional Director Jimmy Martinez.

I am aware of an incident that took place during the training academy involving you and SRO II Cook and look forward to hearing your side. I was not ready to meet about it today since SRO II Cook was scheduled off. I was also planning on speaking with Kim Griffith and other witnesses but want to ensure there were not going to be any chain of command issues.

Thanks,

Sent from my iPhone

On Feb 5, 2016, at 11:39 AM, Angela Jarvis <Angela.Jarvis@GLO.TEXAS.GOV> wrote:

> I would like to schedule a meeting regarding ongoing issues in regards to Kim Griffith and concerns I
> have regarding Craig Cook.
>
> Please let me know when would be a good time.
>
> Thank you,
>
> **Angela Jarvis**
> Marketing Coordinator
> Texas General Land Office
> Oil Spill Prevention & Response
> La Porte, Texas - Region 2
> 281.470.6597 office
> 281.470.6679 fax
> angela.jarvis@glo.texas.gov

EXHIBIT L

**Angela Jarvis**

| | |
|---|---|
| **From:** | Scott Gaudet |
| **Sent:** | Tuesday, February 16, 2016 12:04 PM |
| **To:** | Angela Jarvis |
| **Cc:** | Greg Pollock |
| **Subject:** | RE: Documentation re: Incidents |

Angela,

This matter has been handed over to Human Resources.

Thanks,

Scott Gaudet
Regional Director
Oil Spill Prevention & Response/Region 2
La Porte, Texas
Office-281-470-6597
24hr. Contact-409-392-5198

**From:** Angela Jarvis
**Sent:** Tuesday, February 16, 2016 9:19 AM
**To:** Scott Gaudet <Scott.Gaudet@GLO.TEXAS.GOV>
**Cc:** Greg Pollock <Greg.Pollock@GLO.TEXAS.GOV>
**Subject:** Documentation re: Incidents

Please see attached regarding the Issues email that was sent on February 5th.

Thank you,

Angela Jarvis
Marketing Coordinator
Texas General Land Office
Oil Spill Prevention & Response
La Porte, Texas - Region 2
281.470.6597 office
281.470.6679 fax
angela.jarvis@glo.texas.gov

EXHIBIT M



FILES IN GARBAGE BAGS - VERY HEAVY.

TURNED GARBAGE CAN SIDEWAYS

TO DRAG BAGS OUT

EXHIBIT J



BAG OPENED W/ FILES INSIDE

**Angela Jarvis**

| | |
|---|---|
| **From:** | Angela Jarvis |
| **Sent:** | Friday, February 19, 2016 2:37 PM |
| **To:** | Charlotte Miller |
| **Subject:** | Re: Report |
| **Attachments:** | Formal Statement.docx |

Good afternoon Charlotte,

Thanks, the flu is no joke.  It's my first time having it, hopefully the last.

I have attached my formal statement regarding what I reported over the phone to you this week.  I will be honest that I am uncomfortable now, gossip is running rampant and I am aware that phone calls have increased between the offices with SRO II Craig Cook and Area Manager Kim Griffith again indicating that they have preferential treatment due to friendships/relationships with people in Austin headquarters.

Additionally, I am not sure if I gave you names for the Women's Conference, but I can't remember if it was Santana Rangel or Simone Butler who was the co-worker sitting to my right, but they were both there.

Please feel free to call me if you have any further questions.

Thank you,
Angela Jarvis


---

**From:** Charlotte Miller
**Sent:** Thursday, February 18, 2016 2:57 PM
**To:** Angela Jarvis
**Subject:** Report

Hi Angela,
I know you're out and I sure hope you're feeling better! I've had the flu before and I know that is no fun!

When you're back next week, I wanted to remind you to get me a written report of the 3 incidents involving Craig Cook that you told me about over the phone earlier this week.

Thank you!

*Charlotte*
Charlotte Miller
HR Deputy Director
Texas General Land Office
ph. 512-463-3568


EXHIBIT O

Formal Statement regarding the phone call on 02/16/16

Shop Day – October 29, 2015 – Email sent out by Director Scott Gaudet discussing what was to be cleaned and organized in regards to the shop/warehouse area.  We have Shop Days every so often to get things in the shop/warehouse picked up and put away, more organization, etc.  This particular time SRO II Cook assigned me the duty of cleaning the kitchen, going thru pots and pans, and all cabinets.  This was not a duty listed on the email.  I was assigned this duty in front of my co-workers, one had a muffled laugh and have had comments brought up since then making fun of that assignment.  I have cleaned the shop/warehouse in the past, just like everybody else, I thought assigning me the kitchen when it has never been an assignment before was inappropriate.

Winter 2015, around the holidays – Our office building has two long hallways with offices on each side and two short hallways that connect the two long hallways.  Director Scott Gaudet's office is at one end of a long hallway, there is a chair that sat behind the door and SRO II Cook regularly sat in that chair with the door pushed slightly so you can see his legs and the lower half of the chair.  One day, I was coming out of my office, towards the direction of Scott's office and an intern was walking towards me, I smiled at her and as I pass her notice that SRO II Cook is raised up from sitting in that chair, leaning over, door pushed back so that it is fully open and he is watching her as she walks away from him down the hallway.  We made eye contact and he just smiled and laughed.  I continued on, not acknowledging.

Feb. 1, 2016 – Monday – The field offices attend a mandatory Training Academy in Austin, Texas that is scheduled from Monday thru Thursday.  On the agenda, there was an afterhours morale event scheduled to go to Dart Bowl.  I arrived at Dart Bowl with a few co-workers, driving my own personal vehicle.  Once inside, we all chatted and visited with each other, then the groups started to break up into smaller groups.  I was in a smaller group, near the tables and my co-worker Paula walked in and is walking towards me, as she is walking towards me, I noticed that SRO II Craig Cook is holding his cell phone in the air taking pictures of her from the backside.  I gave him a look of disapproval, and he laughed, put his finger to his lips giving the "shhh" hand motion/symbol.  Once Paula got to me, she saw my expression and asked "what", and I told her what had happened, she didn't seem pleased but we didn't discuss it any further.

Feb. 3, 2016 – Wednesday – Also during the week of the Training Academy,  a group of us had planned to go to dinner together and would be leaving around 6:00 p.m.  The plan was to meet downstairs in the lobby area of the hotel.  I went down to the lobby area, and stood around for a bit and was told that everyone was meeting up in the bar area of the hotel.  I walked into the bar area, and the first person that I walked up to was SRO II Craig Cook, he turns to me, loudly saying "Whoa son Kartye better look

out", I said "why" and he said "Santana is single and he may or may not get some of that, you never know with Kartye". At that time, a friend/co-worker walked up and I told her "let's go outside". I was completely shocked and offended that he would say that about either of them, Craig Kartye is married and Santana Rangel is still technically married and not many people know about her divorce – it was completely inappropriate, those two have absolutely no history and I'm not sure why he would even suggest that out loud.

As I told you in our phone call, the incidents are getting progressively worse and more flagrant. SRO II Cook reminds me and our office regularly that he is friends with Commissioner Bush, that he went to the inauguration and flew on a private jet, received Astros tickets (dropped off to the office with Melissa) from "Bobby" who I believe is a mutual friend of theirs (and works in one of our facilities that we regulate) to attend the game where the Commissioner was throwing out the first pitch – when asked about the tickets, he said they were season tickets and he wanted to see if he was interested in buying them but wanted to see where the seats were. It wasn't until later, when I saw a social media post about the first pitch that I put it all together. I'm not sure of their friendship, but I do think he should have the same rules and obligations that we all have as TGLO employees.

I also told you that I am concerned about retaliation. I have no idea how the HR process works as far as concerns/complaints go with the TGLO, but I do have some aftermath experience in regards to the Director Richard Arnhart and his leaving. I'm not sure of those specifics because I was out of town at the time, in fact a lot of the office was out during that Spring Break week but I do know that I have received calls from outside of TGLO asking me if Rich was psychotic because that is what they are being told by SRO II Cook. Whether that is a true statement or not, I have no idea, but I definitely do not want those things being said about me if I were to leave and seek employment elsewhere.

I appreciate your time.



# WORKPLACE VIOLENCE INCIDENT REPORT

## TEXAS GENERAL LAND OFFICE

| Date and Time of Incident: (include day of the week) | MONDAY NOVEMBER 24 2014 |
|---|---|
| Location of Incident: (Be Specific, cubical 8th floor, NW stairwell, lobby, parking lot, etc.) | HALLWAY/CONFERENCE ROOM @ EMBASSY SUITES SAN MARCOS HOTEL, SPA + CONFERENCE CENTER, SAN MARCOS, TX |

### Type of Incident:

| | | | |
|---|---|---|---|
| ☐ | Threat (verbal, gestures, etc.) | ☑ | Intimidation (stalking, engaging in actions intended to frighten, coerce or induce duress) |
| ☐ | Physical Attack (hitting, pushing, other bodily contact) | ☐ | Property Damage (damage to personal/state property, other) |

| Mode of transmission: | Oral ☑ | Mail ☐ | Email ☐ | Other (explain) BODILY ACTIONS |
|---|---|---|---|---|

### Description of Victim:

| Name: (if known) | ANGELA JARVIS | Male ☐ | Female ☐ | Customer ☑ | ☐ |
|---|---|---|---|---|---|
| Current Employee ☐ | Former Employee ☐ | Visitor ☐ | Other (explain) ☐ | | |

| Assigned Work Location: (if victim is an employee) | REGION 2 OIL SPILL, LA PORTE, TX |
|---|---|
| Supervisor's Name: | SCOTT GAUDET | Has supervisor been notified? | Yes ☑ | No ☐ |

### Describe the Incident: (Please attach additional comments if needed)

SEE ATTACHMENT

### Description of Perpetrator:

| Name: (if known) | KIM GRIFFITH | Male ☐ | Female ☑ | Customer ☐ | ☐ |
|---|---|---|---|---|---|
| Current Employee ☑ | Former Employee ☐ | Visitor ☐ | Other (explain) ☐ | | |

| Assigned Work Location: (if victim is an employee) | REGION 5 OIL SPILL, PORT LAVACA, TX |
|---|---|
| Supervisor's Name: | JIMMY MARTINEZ | Has supervisor been notified? | Yes ☑ | No ☐ |

### Report Submitted By:

| Name: | ANGELA JARVIS | Title: | ADMIN | Phone: | 281 470 6597 |
|---|---|---|---|---|---|
| Signature: | Angela Jarvis | | | Date: | 2/16/16 |

### FOR MANAGEMENT'S USE ONLY: Cause of the incident: (if known, check all that apply)

| | | | |
|---|---|---|---|
| ☐ | Conflict with Co-worker | ☐ | Conflict with Supervisor |
| ☐ | Domestic Dispute | ☐ | Dismissal |

### Initial Response:

| | | | |
|---|---|---|---|
| ☐ | Situation Diffused | ☐ | Employee removed from location (moved to another office, sent home, etc.) |
| ☐ | Police Called | ☐ | Other (explain below) |

### Formal Action Taken:

| | | | |
|---|---|---|---|
| ☐ | Mediation | ☐ | Written Reprimand |
| ☐ | Suspension | ☐ | Dismissal |
| ☐ | Charges Filed | ☐ | No further action taken |
| ☐ | Other: | | |

### Report Received By:

| Name: | | Title: | | Phone: | |
|---|---|---|---|---|---|
| Signature: | | | | Date: | |

Revised 01/12/2015

WOULD LIKE TO ADD THAT SHE HIT THE TABLE
WITH FLAT OF HER HAND REPEATEDLY TO GET
MY ATTENTION.

## Summary of Events

I, Angela Jarvis, attended the EWTG Women's Conference in San Marcos, Texas on November 23-24, 2014. There were other TGLO female employees in attendance from the field offices and Austin. During the provided lunch, a round table that held approximately 10-12 was secured for TGLO and there were a few extra chairs next to me. At the luncheon Area Manager Kim Griffith stood across from me at the table and proceeded to show baby/children's pictures that were passed among the TGLO employees. I had started a conversation with the lady next to me from another State office and leaned to my right to look at the pictures but did not take them in my hands. While I was talking to the woman, Area Manager Kim Griffith interrupted my conversation from across the table to ask if I had seen the baby pictures. I paused my conversation and told her I had seen them and then proceeded to continue my conversation. Area Manager Kim Griffith said loudly while standing "I don't know what your problem is", the woman I was speaking with was surprised and even commented that she thinks the lady got mad that I didn't look at the baby pictures long enough and we chuckled. I did not respond to Area Manager Kim Griffith at that time, she proceeded to sit down and have a very animated discussion with fellow TGLO associates. After the lunch and ceremony, I left my chair to leave the room and Area Manager Kim Griffith walked quickly to catch up with me and pulled at my arm telling me that we needed to have a private conversation away from the group. I told her there would not be a private conversation and that I would prefer to have my Director present and she responded with "well we will just do that, we will get Rich and Jimmy on the phone and get this resolved". I decided that I would call my Director to give him a heads up of what had happened regarding the baby pictures. I used my personal cell phone to call the field office and as I am talking to my Director, Area Manager Kim Griffith proceeds to stand near me while on her phone. I move away from her and she continues to follow me and keep the same distance while on her phone. I then decide to round the corner and she follows around the corner, passes me and continues with her phone call, keeping the same distance - I felt like this was an effort to intimidate me. The Director and I discussed the events and he could not believe that she was so upset over baby pictures; I also told him that she was continuing to follow me as we talked, then we ended the call. Upon returning to the field office after the Women's Conference there were several phone calls to the my Director and the Assistant by Area Manager, Kim Griffith and Director Jimmy Martinez to discuss what had happened. Everyone was still in disbelief that all of this transpired because I did not hold and look at baby pictures long enough. Once jokes started being made and the incident continued, I told my Director and Assistant that I was tired of hearing about it and I didn't want to hear about it anymore or I would be contacting HR. It was my understanding at that time that HR would not be necessary and the situation had been resolved and all parties were moving forward.

Additionally, I decided not to attend the 2015 EWTG Women's Conference due to the incident at the 2014 EWTG Women's Conference. Two of my field office co-workers and I agreed that we would try to attend another Women's Conference for 2015 but were informed the EWTG Women's Conference is the only one reimbursed by the TGLO.



**WORKPLACE VIOLENCE INCIDENT REPORT**

TEXAS GENERAL LAND OFFICE

| | |
|---|---|
| **Date and Time of Incident:** (include day of the week) | WEDNESDAY, FEBRUARY 3, 2015 |
| **Location of Incident:** (Be Specific, cubical 8th floor, NW stairwell, lobby, parking lot, etc.) | MEETING ROOM @ CROWN PLAZA HOTEL, AUSTIN, TX |

**Type of Incident:**

| | | | |
|---|---|---|---|
| ☐ | **Threat** (verbal, gestures, etc.) | ☑ | **Intimidation** (stalking, engaging in actions intended to frighten, coerce or induce duress) |
| ☐ | **Physical Attack** (hitting, pushing, other bodily contact) | ☐ | **Property Damage** (damage to personal/state property, other) |

| **Mode of transmission:** | Oral ☐ | Mail ☑ | Email ☐ | Other (explain) ☑ | BODILY ACTIONS |
|---|---|---|---|---|---|

**Description of Victim:**

| Name: (if known) | ANGELA JARVIS | Male ☐ | Female ☐ | Customer ☑ | ☐ |
|---|---|---|---|---|---|
| Current Employee ☐ | Former Employee ☑ | Visitor ☐ | Other (explain) ☐ | | |

| Assigned Work Location: (if victim is an employee) | REGION 2 OIL SPILL, LA PORTE, TX |
|---|---|
| Supervisor's Name: | SCOTT ANDOT | Has supervisor been notified? | Yes ☑ | No ☐ |

**Describe the Incident:** (Please attach additional comments if needed)

SEE ATTACHMENT

**Description of Perpetrator:**

| Name: (if known) | KIM GRIFFITH | Male ☐ | Female ☐ | Customer ☑ | ☐ |
|---|---|---|---|---|---|
| Current Employee ☐ | Former Employee ☑ | Visitor ☐ | Other (explain) ☐ | | |

| Assigned Work Location: (if victim is an employee) | REGION 5 OIL SPILL, PORT LAVACA, TX |
|---|---|
| Supervisor's Name: | JIMMY MARTINEZ | Has supervisor been notified? ? | Yes ☐ | No ☐ | ? |

**Report Submitted By:**

| Name: | ANGELA JARVIS | Title: | ADMIN | Phone: | 281) 470 6597 |
|---|---|---|---|---|---|
| Signature: | *Angela Jan* | | | Date: | 2/16/16 |

**FOR MANAGEMENT'S USE ONLY: Cause of the incident:** (If known, check all that apply)

| ☐ | Conflict with Co-worker | ☐ | Conflict with Supervisor |
|---|---|---|---|
| ☐ | Domestic Dispute | ☐ | Dismissal |

**Initial Response:**

| ☐ | Situation Diffused | ☐ | Employee removed from location (moved to another office, sent home, etc.) |
|---|---|---|---|
| ☐ | Police Called | ☐ | Other (explain below) |

**Formal Action Taken:**

| ☐ | Mediation | ☐ | Written Reprimand |
|---|---|---|---|
| ☐ | Suspension | ☐ | Dismissal |
| ☐ | Charges Filed | ☐ | No further action taken |
| ☐ | Other: | | |

**Report Received By:**

| Name: | | Title: | | Phone: | |
|---|---|---|---|---|---|
| Signature: | | | | Date: | |

Revised 01/12/2015

Summary of Events

I, Angela Jarvis, attended the first week of the mandatory 2016 Oil Spill Training Academy in Austin, Texas on February 1st thru February 4th. Seating was open and not assigned. There were other TGLO employees in attendance from the field offices and Austin. On Wednesday, February 3rd part of the Review of Functions presentation by Area Manager Kim Griffith and SRO II Craig Cook was to sit in groups and discuss different topics in regards to Oil Spill functions and provide suggestions for improvement. There was a slide in the presentation that had the attendees broken up into groups, my name was not listed. Instead of disrupting the flow of the presentation, I picked the group of 4 that had the 2 newest TGLO employees and felt like my contributions to that group would be beneficial. Area Manager Kim Griffith was informed by Admin Debbie Case that I did not have a group. My group had already arranged chairs in a circle and were discussing topic 1 and were writing down ideas. Area Manager Kim Griffith called me out and told me that I would need to move and I responded that it was fine, that I would just stay where I was, she became more vocal in wanting me to move and it started to embarrass me so I did not look up and said it was fine, not to worry about it. She then decided another female in the group would need to move and I said that she was our scribe and it was really okay, not to worry about it. At this point, I felt like I was being picked on and intimidated; I had not been included in the slide that had groups listed and was just ready to move forward and not make a fuss that I had been excluded. Area Manager, Kim Griffith instructed my co-worker to move and my co-worker said that she was fine, we would just stay where we were. The group continued, the two new people in the group did not have much input and continued to say they were new and didn't have much to say regarding the different topics. Each group presented their ideas and suggestions to the groups.

The next presentation was Spill Case Processing, during this presentation a form was put on the screen and the way it was presented, I felt like that we were supposed to be using that form and I had not been using it. I raised my hand to ask the presenter D'Anne Stites if that form was being used or still in the works of being approved, before D'Anne Stites could answer, Area Manager Kim Griffith shouted "do you see the word DRAFT at the top Angela, it's a DRAFT", I felt like her tone was very condescending and I was originally asking the presenter. I did not look to Area Manager Kim Griffith, but instead looked at presenter D' Anne Stites, she confirmed that the form was a Draft and had been being used in one Regional Office to see how it worked out before pushing out to all the Regions to be used.

During this Training Academy there was an anonymous survey that was distributed among the TGLO employees, it has come to my attention that there were 3 to 4 surveys that had negative notations made regarding SRO II Craig Cook. During the review of the surveys, Area Manager Kim Griffith decided which one was my handwriting and it had a negative notation regarding SRO II Craig Cook, a supervisor in my field office, I have been informed that this survey was then shown to SRO II Craig Cook and he was informed that it was my survey. The survey I submitted did not discuss anyone personally, my survey discussed: that I liked having a table to write on, that I felt like presentations needed to be reviewed before displayed regarding font size, picture size and ink color, could the screen be moved closer to the group, that I felt like there needed to be break out groups during the Academy that included Admins or New Hires, etc. I also thanked them for their hard work. I would like a copy of my survey for my records.

I notified my Director via email on Friday, February 5th that I would like to discuss ongoing issues with Area Manager Kim Griffith and concerns I had regarding SRO II Craig Cook and was informed via email that once he returned from the Academy we would address it.  I responded via email that I would like HR to be involved.  A phone call followed at around 2:30 on February 5th from my Director wanting specifics on the incidents, that he was informed of an incident with SRO II Craig Cook (that I was not aware of) and that he was investigating - he had talked with SRO II Craig Cook but did not talk with me because SRO II Craig Cook was out of the office.  He continued to want specifics and I told him that we would discuss next week and we agreed that the phone call was not going anywhere good and I did state that I was surprised that he called because I felt like he should not have done that.

**Angela Jarvis**

| | |
|---|---|
| **From:** | Charlotte Miller |
| **Sent:** | Monday, February 22, 2016 4:55 PM |
| **To:** | Angela Jarvis |
| **Subject:** | RE: Report |

Angela, thank you for this report about Craig and for your intial report about Kim. We appreciate you coming forward with this information.

We talked to the parties involved and investigated to the extent that we could. At this time, we do not think the incidents involving Kim Griffith rise to the level of workplace violence, although we do not discount that you perceive that she acted toward you in an aggressive manner. Similarly, we count not verify the reports that Craig took a picture of another female employee's backside or that he leered at a female intern. We take these reports seriously and have reported our findings and recommendations to Greg Pollock. Because of Craig's and Scott's friendship, we have asked that Greg address these concerns with his staff directly and to take appropriate and immediate action if warranted.

If you experience any other behavior that you feel rises to the level of harassment or workplace violence, please do not hesitate to contact us.

Thank you.

*Charlotte*
Charlotte Miller
HR Deputy Director
Texas General Land Office
ph. 512-463-3568

**From:** Angela Jarvis
**Sent:** Friday, February 19, 2016 2:37 PM
**To:** Charlotte Miller <Charlotte.Miller@GLO.TEXAS.GOV>
**Subject:** Re: Report

Good afternoon Charlotte,

Thanks, the flu is no joke.  It's my first time having it, hopefully the last.

I have attached my formal statement regarding what I reported over the phone to you this week.  I will be honest that I am uncomfortable now, gossip is running rampant and I am aware that phone calls have increased between the offices with SRO II Craig Cook and Area Manager Kim Griffith again indicating that they have preferential treatment due to friendships/relationships with people in Austin headquarters.

Additionally, I am not sure if I gave you names for the Women's Conference, but I can't remember if it was Santana Rangel or Simone Butler who was the co-worker sitting to my right, but they were both there.

Please feel free to call me if you have any further questions.

Thank you,



1

Angela Jarvis

---

**From:** Charlotte Miller
**Sent:** Thursday, February 18, 2016 2:57 PM
**To:** Angela Jarvis
**Subject:** Report

Hi Angela,
I know you're out and I sure hope you're feeling better! I've had the flu before and I know that is no fun!

When you're back next week, I wanted to remind you to get me a written report of the 3 incidents involving Craig Cook that you told me about over the phone earlier this week.

Thank you!

*Charlotte*
Charlotte Miller
HR Deputy Director
Texas General Land Office
ph. 512-463-3568

**Angela Jarvis**

**From:** Greg Pollock
**Sent:** Wednesday, February 24, 2016 11:49 AM
**To:** Angela Jarvis
**Cc:** Scott Gaudet; Charlotte Miller
**Subject:** Counseling Call

Angela:

Per our phone conversation a few minutes ago, I'd like to reiterate the importance of following the chain of command and respecting management's directives.  Your refusal to change groups at the Training Academy is inconsistent with my expectations and was counter-productive for the training exercise.  I have an expectation that when a reasonable request is made of Oil Spill employees - all employees - that they will abide by that request and respect those that are making it.

Thank you for your cooperation.

gp


EXHIBIT Q

1

# WEEK ONE GROUPS

| Managers | JT | Jimmy | Raymond | Greg | Ken |
|---|---|---|---|---|---|
| **Group 1** | **Group 2** | **Group 3** | **Group 4** | **Group 5** | |
| Kevin Landry | Season Reeves | Bob Brock | Jeff Davis | Paula Lynch | |
| Jesse Mayorga | Rob Hadley | Brent Koza | Austin Dulany | Frank McDaniel | |
| Simone Butler | Gonzalo Pena | Corey Mock | Debbie Case | Rusty Moon | |
| John Koch | Robert Rivera | Brian Fisher | Mark Underhill | D'Anne Stites | |

MY NAME IS NOT LISTED - CHOSE GROUP 1, (2) NEWEST EMPLOYEES

EXHIBIT R

**Angela Jarvis**

| | |
|---|---|
| **From:** | Scott Gaudet |
| **Sent:** | Monday, February 29, 2016 8:48 AM |
| **To:** | Oil Spill Region2 LaPorte |
| **Cc:** | Greg Pollock |
| **Subject:** | Region 2 Chain of Command |

SRO II Craig Cook has been designated as the Supervising Senior Response Officer.

His responsibilities will be similar to the previous Assistant Regional Director position.

This is effective 2/29/16.

Thank You,


Scott Gaudet
Regional Director
Oil Spill Prevention & Response/Region 2
La Porte, Texas
Office-281-470-6597
24hr. Contact-409-392-5198

# Region 2 - Office Duties/Assignments as of 10/2015

Qualified MOC's - S. Gaudet, C. Cook, C. Kartye

Response Coordinator - C. Cook

Compliance - C. Kartye, J. Mayorga, A. Jarvis

Logistics - T. Trahan, J. Davis, A. Jarvis

DSV - J. Mayorga, C. Cook, A. Jarvis

VTIP - C. Cook

DCO - G. Powell, A. Jarvis

Drill Coordinators - S. Gaudet, C. Kartye, C. Cook

Spill book Team - S. Gaudet, C. Cook, A. Jarvis

Safety and Training - J. Davis, S. Gaudet, A. Jarvis

RO Training/Career Ladder- C. Kartye, S.Gaudet

Sampling - B. Brock

NDOW/Hurricane Plan - B. Brock

EXHIBIT T

# Region 2 - Office Duties/Assignments as of 10/2015

Boat Training - J. Davis, G. Powell, R. Hadley

Scientific Support - C. Kartye, J. Davis

CTAC - S. Gaudet (ESG), C. Kartye (GRP), T. Trahan (Volunteers) R. Hadley (Response and Recovery )

Law Enforcement Liaison - P. Lynch

Responder - A. Jarvis

Social Media - A. Jarvis

Marketing/Outreach Team - A. Jarvis, J. Davis, J. Mayorga

Weekly Report - A. Jarvis, S. Gaudet, C. Cook, C. Kartye,

Travel Coordinator - A. Jarvis

**Angela Jarvis**

| | |
|---|---|
| **From:** | Craig Cook |
| **Sent:** | Thursday, December 03, 2015 5:13 PM |
| **To:** | Oil Spill Region2 LaPorte |
| **Cc:** | Greg Pollock; D'Anne Stites |
| **Subject:** | Spill Book Process Changes |

Today the management team approved a pilot program to refine our spill book process.  This new process will be implemented starting today in Region II and refined here before final rollout throughout the rest of the Oil Spill Division.  The process for Tickets and LOSI cases will remain the same for now, until phase one of the spill book process changes are completed.

Response Officers will be notified of a spill just as they are now when they are in the office or on-call.  Angela will create a record for all spills/drills in MOSA just as she currently does now.  Response Officers will go into MOSA and search for a spill record and enter the information just the same as they do now.  There will no longer be a physical spill folder nor will there be a need to print the MOSA spill record except for Tickets and LOSI spill cases.  The only record of spills outside of Tickets and LOSI cases will be the MOSA record itself.

Angela will keep a record of pending and completed cases just as she currently does to insure that all the cases are entered into MOSA.  Management no longer is required to review spill books other than Tickets and LOSI cases.  Angela will be reviewing all spill book entries into MOSA to ensure all appropriate sections have been completed just as she currently does and regularly send D'Anne Stites and Management an updated list of pending and completed cases.

Warning Tickets will be used as an avenue to work through possible issues that might come up if this process is implemented with regular Ticket cases in the future.  Once a Warning Ticket has been issued, enter the information into MOSA and turn the Warning Ticket into Angela so she can upload it to docushare and send the hard copy to D'Anne Stites.  In the future there will be just one Ticket that will include a check off box for a Warning.

Drills during normal business hours will be handled and entered into MOSA by Angela.  All drills that come in during on-call hours or that are related to an audit assigned to a Response Officer will be handled and entered into MOSA by Response Officers.

Lastly, communication is key to making changes to our spill book processes work for everyone.  If something does not look right or if you think something can be done better then speak up and say something about it.  Your thoughts very well may be an angle that has not been looked at and could further help streamline the spill book process.

EXHIBIT 14

## Angela Jarvis

| | |
|---|---|
| **From:** | Craig Cook |
| **Sent:** | Monday, February 29, 2016 10:30 AM |
| **To:** | Oil Spill Region2 LaPorte |
| **Cc:** | Greg Pollock |
| **Subject:** | Work Schedules, Time Off Requests, Work Assignments, Work Titles |

I appreciate the opportunity Director Scott Gaudet and Greg Pollock have extended to me to serve as Supervising Senior Response Officer for the Region II Oil Spill office.  This is e-mail is being sent out to address work schedules, time off requests, work assignments, and work titles.

Each quarter I will be sending out and e-mail to see if there is anyone that would like to change their work schedule.  These dates are 12/1, 3/1, 6/1 and 9/1.  Personnel have the availability to work a 4-10 schedule or a 5-8 schedule only.  If you are working a 5-8 schedule you can start work no earlier than 0700 but no later than 0800 and you must take at least a 30 minute lunch.  If you are working a 4-10 schedule you can start work no earlier than 0630 and no later than 0800 with at least a 30 minute lunch.  Please send your updated schedule to me and cc Scott Gaudet by March 3.

E-mail your time off requests to me and cc Scott Gaudet.  If for some reason you have an unscheduled need for leave and the request is after hours text me the information.  Unscheduled leave should be something that only happens minimally so plan ahead to insure that it is the case.  If you need time of during your core working hours then utilize your overtime first, then annual leave unless you are sick and then utilize your sick leave.  From this point forward, flexible hours outside of core working hours will only be approved for oil spill related activities.

Scott and I will be discussing a redistribution of work responsibilities for everyone and will relay this information in a future staff meeting.

All business cards and e-mail signatures are to reflect the title that is designated to you under the State of Texas classification system with exception of Compliance Coordinator/Senior Response Officer II Craig Kartye and Supervising Senior Response Craig Cook.  All others are to be Response Officer, Advanced Response Officer, Senior Response Officer I or II, Administrative Assistant I, II, II, IV.  Gloria Maynard is in the process of ordering business cards so please get with her today for new cards and please have any e-mail signatures changed by the close of business today.

Thank You

Stephen (Craig) Cook
Supervising Senior Response Officer
Texas General Land Office
Region II Oil Spill Division
11811 North D Street
LaPorte, Texas 77571
Phone 281-470-6597
Fax 281-470-6679


EXHIBIT V

**Angela Jarvis**

| | |
|---|---|
| **From:** | Debbie Saenz |
| **Sent:** | Thursday, March 10, 2016 6:01 PM |
| **To:** | Johnny Darcey; Santana Rangel; Debbie Case; Angela Jarvis; Simone Butler; Paula Lynch |
| **Cc:** | JT Ewing; Jimmy.A.Martinez; Jay Veselka; Craig Cook; Kim Griffith; Raymond Oliveira; Greg Pollock |
| **Subject:** | Earth Day 2016 Update |
| **Attachments:** | EarthDay 2016.pdf |

Earth Day 2016 is just around the corner, and final details need to be confirmed.   I have two tentative outreach team members and need 2 more.
Team also needs to compilie presentation material, inventory handout and submit travel.
This event is expected to have 10,000+ in attendance and, as you know, this was scheduled by our Executive office (see attached).
So as in previous years, we need to bring our best efforts!

Event Goal: Educate audience on oil spill prevention & response and demonstrate how it even impacts those living 300+ miles from the Texas coast.

Conference call scheduled for Monday, March 7, 2016 @ 2:00 pm. - 3:30 pm.


Debbie C. Saenz
Oil Spill Prevention & Response
Texas General Land Office
Office #: 512-475-1466
email: debbie.saenz@glo.texas.gov
To Report an Oil Spill:  1800-832-8224 (24 Hour)

EXH EXT W.

1

**Angela Jarvis**

| | |
|---|---|
| **From:** | Craig Cook |
| **Sent:** | Thursday, March 10, 2016 7:48 PM |
| **To:** | Angela Jarvis |
| **Cc:** | Scott Gaudet; Greg Pollock; Debbie Saenz |
| **Subject:** | Outreach Team |

Angela, as discussed at our meeting earlier this week, we are moving in a different direction with our outreach activities and will be utilizing a Response Officer for this duty.  Please disregard Debbie's email concerning earth day as she must have forgotten to delete you from the Outreach Team email list.  Sorry for any confusion this might have caused when you received the email.

Paula Lynch will be assuming the Region II outreach duties.  Please work with her to insure she knows where all outreach inventory is located and any upcoming events she needs to know about.

Thank You
CC

EXHIBIT X

1

Taking a FB break for awhile. :) My number is in my profile, so send me a message there, instead.

👍 3

 **Pea Cee El** added 2 new photos — with **Debbie N Alex Saenz** and **Johnny J Darcey**. ···

Apr 24, 2016 at 11:19am · 👥

Last day at Earth Day Dallas 2016 for the Outreach DreamTeam.





   

Liked by **hautebrownsugar** and **39 others**

**glotx** Our oil spill team joins 2017 #EarthDay Texas



**Pea Cee El** is  attending **EarthX** with **Santana Ramirez** and **2 others** in **Dallas, Texas**.

Apr 20 at 12:36pm • Dallas, Texas •

We are here until Sunday...come see us!



28

2 Comments • 1 Share

 Like  Comment